Jeffrey G. Bradford, OSB No. 133080
  Direct:  503.802.5724
  Email: jeff.bradford@tonkon.com
Tonkon Torp LLP
1300 SW Fifth Ave., Suite 2400
Portland, OR 97201
Facsimile:  503.274.8779
    *Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| MICHAEL CLAREY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CENTURY RELIEF LLC, a New Jersey limited liability company, and EMIL YASHAYEV, individually and in his official capacity,<br><br>　　　　Defendants. | Civil No. 3:25-cv-01907-AN<br><br>**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT** |

For their Answer to Plaintiff Michael Clarey's Complaint, Defendants Century Relief LLC and Emil Yashayev ("Defendants"), by and through counsel, admit, deny, and respond as follows.  Except as expressly admitted in the paragraphs below, each and every allegation in the Complaint (including statements set forth in headings and subheadings) is denied.

PAGE 1 – DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT

**I.    JURISDICTION AND VENUE**

    1.    Defendants admit that the Court has subject matter jurisdiction for proper actions brought under 28 USC § 1331 and 47 USC §227.  Except as expressly admitted here, Defendants deny the allegations in the first paragraph of the Complaint.[1]

    2.    Defendants deny the allegations in the second paragraph of the Complaint.

    3.    Defendants deny the allegations in third paragraph of the Complaint.

**II.    PARTIES**

    4.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in the fourth paragraph of the Complaint and therefore deny them.

    5.    Defendants admit that Century Relief LLC is a New Jersey Limited Liability Company.  Except as expressly admitted here, Defendants deny the allegations in the fifth paragraph of the Complaint.

    6.    Defendants admit that Emil Yashayev is an individual and a member of Century Relief LLC.  Except as expressly admitted here, Defendants deny the allegations in the sixth paragraph of the Complaint.

**III.    FACTUAL ALLEGATIONS**

    7.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in the seventh paragraph of the Complaint and therefore deny them.

    8.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in the eighth paragraph of the Complaint and therefore deny them.

---

[1] The Complaint does not include numbered paragraphs; this Answer addresses each paragraph in order.

PAGE 2 – DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT

9. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in the ninth paragraph of the Complaint and therefore deny them.

10. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in the tenth paragraph of the Complaint and therefore deny them.

11. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in the eleventh paragraph of the Complaint and therefore deny them.

12. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in the twelfth paragraph of the Complaint and therefore deny them.

13. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in the thirteenth paragraph of the Complaint and therefore deny them.

14. Defendants deny the allegations in the fourteenth paragraph of the Complaint.

## IV.    COUNT I – VIOLATION OF THE TCPA
**(47 U.S.C. § 227 and 47 C.F.R. § 64.1200)**

15. Defendants reallege and incorporate their responses set forth in the paragraphs above.

16. Defendants deny the allegations in the sixteenth paragraph of the Complaint.

17. Defendants deny the allegations in the seventeenth paragraph of the Complaint.

18. Defendants deny the allegations in the eighteenth paragraph of the Complaint.

19. The nineteenth paragraph is a prayer for relief, to which no response is required. To the extent that a response is required, Defendants deny the allegations in the nineteenth paragraph of the Complaint.

## V. COUNT II – VIOLATION OF THE OREGON LAWFUL TRADE PRACTICE (ORS 646.608(1 )(u)

20.     Defendants reallege and incorporate their responses set forth in the paragraphs above.

21.     Defendants deny the allegations in the twenty-first paragraph of the Complaint.

22.     Defendants deny the allegations in the twenty-second paragraph of the Complaint.

23.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in the twenty-third paragraph of the Complaint and therefore deny them.

24.     The twenty-fourth paragraph is a prayer for relief, to which no response is required.  To the extent that a response is required, Defendants deny the allegations in the twenty-fourth paragraph of the Complaint.

## VI. PRE-SUIT SETTLEMENT EFFORTS

This section, including the twenty-fifth through the twenty-ninth paragraphs of the Complaint, contains information not relevant to any element of any claim in the Complaint and that is inadmissible pursuant to Rule 408 of the Federal Rules of Evidence.  As such, no response is required.  To the extent any response is required, Defendants deny the allegations in the twenty-fifth through the twenty-ninth paragraphs of the Complaint

## VII. AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

### Insufficient Service

30.     Plaintiff has not properly served either Defendant.

### SECOND AFFIRMATIVE DEFENSE

### Failure to State a Claim

31.     Plaintiff has failed to state a claim for which relief may be granted.

## VIII. PRAYER FOR RELIEF

32. WHEREFORE, having fully answered Plaintiff's Complaint, Defendants pray for relief as follows:

    A.    That Plaintiff take nothing by way of his Complaint, and that the Complaint be dismissed, in its entirety, with prejudice; and

    B.    Such other relief as the Court deems just, equitable, and proper.

DATED: January 16, 2026.

                  TONKON TORP LLP

                  By: *s/ Jeffrey G. Bradford*
                          Jeffrey G. Bradford, OSB No. 133080
                          Direct: 503.802.5724
                          Email: jeff.bradford@tonkon.com
                    *Attorneys for Defendants*